UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONRAD STOUGH,<br><br>      Plaintiff,<br><br> v.<br><br>BENTON COUNTY,<br><br>      Defendant. | NO: 4:18-CV-5124-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Order of Dismissal, ECF No. 35. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal, **ECF No. 35**, is **APPROVED**.
2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.
3. All pending motions, if any, are **DENIED AS MOOT**.

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** August 2, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge